Peter Strojnik, State Bar No. 6464
**Strojnik P.C.**
1 East Washington St.
Suite 500
Phoenix, AZ 85004

Fabian Zazueta, State Bar No. 032687
**Advocates for Individuals with Disabilities**
40 North Central Ave
Suite 1400
Phoenix, AZ 85004
Telephone:  (774) 768-2233
fabian@aid.org
525SGilbertRd@aadi.org
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals With Disabilities Foundation, Inc., | Case No. 2:16-cv-02426-DGC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF FEDERAL CLAIMS WITHOUT PREJUDICE AND MOTION TO REMAND** |
| vs. | |
| Gilbert Plaza Inc., | |
| Defendant. | |

PLEASE TAKE NOTICE Plaintiffs, Advocates for Individuals with Disabilities Foundation, by and through undersigned counsel, hereby voluntarily dismiss Plaintiff's Federal Claims (42 U.S.C. §§ 12101 *et seq*) without prejudice pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i). Plaintiffs respectfully request the Court

remand this Action to the Arizona Superior Court, where the case originated, as there are state law related claims arising out of the same transaction or occurrence (Ariz. Rev. Stat. §§ 41-1492 *et seq*) and pursuant to 28 U.S.C. § 1447(c).

RESPECTFULLY SUBMITTED this 3rd day of August, 2016.

**STROJNIK P.C.**

Peter Strojnik, Esq.
Attorney for Plaintiff

**Advocates for Individuals With Disabilities Foundation**

/s/ Fabian Zazueta
Fabian Zazueta, Esq.
Attorney for Plaintiff

2