**WO**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Gilbert Plaza Inc., <br><br> Defendant. | No.: CV16-02426-PHX DGC <br><br> **ORDER** |

Plaintiff has filed a Notice of Voluntary Dismissal of Federal Claims Without Prejudice and Motion to Remand. Doc. 8. Plaintiff purports to use Federal Rule of Civil Procedure 41(a)(1)(A)(i) to dismiss its federal claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12101, et seq. ("ADA"). With the basis for this Court's federal question jurisdiction thus eliminated, Plaintiff asks the Court to remand this case to state court. *Id.*

The Ninth Circuit has held that Rule 41(a)(1) "does not allow for piecemeal dismissals." *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005). "Instead, withdrawals of individual claims against a given defendant are governed by [Rule] 15, which addresses amendments to pleadings." *Id.* (citing *Ethridge v. Harbor House Restaurant*, 861 F.2d 1389 (9th Cir. 1988)); *see also Gen. Signal Corp. v. MCI Telecomms. Corp.*, 66 F.3d 1500, 1513 (9th Cir. 1995) ("[W]e have held that Rule 15, not Rule 41, governs the situation when a party dismisses

some, but not all, of its claims.") (citations omitted).  Thus, "'a plaintiff may not use [Rule 41(a)(1)] to dismiss, unilaterally, a single claim from a multi-claim complaint.'" *Hells Canyon*, 403 F.3d at 687 (quoting *Ethridge*, 861 F.2d at 1392).  Other circuits agree.  *See id.* n.4 (collecting cases); *see also* S. Gensler, Federal Rules of Civil Procedure, Rules and Commentary, at 1014 (Thomson Reuters 2016) ("[I]f a plaintiff has multiple claims against a defendant and wishes to dismiss one or more – but not all – of those claims, the appropriate procedural mechanism is to file an amended complaint under Rule 15(a).").[1]

The Court will disregard Plaintiff's attempted dismissal of its ADA claim and deny its motion to remand.

**IT IS ORDERED** that Plaintiff's Notice of Voluntary Dismissal of Federal Claims Without Prejudice and Motion to Remand (Doc. 8) is **denied**.

Dated this 5th day of August, 2016.

_____
David G. Campbell
United States District Judge

---

[1] The Ninth Circuit has held that Rule 41(a)(1) permits a plaintiff to dismiss *all* claims against a particular defendant, even if other defendants remain in the case, *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993), but that is not what Plaintiff attempts to do here.